# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MILLENNIA HOUSING MANAGEMENT, LTD. ET AL, | CASE NO. 1:24-CV-02084 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | **NOTICE OF APPEAL** |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL, | |
| Defendant. | |

Pursuant to Fed. R. App. P. 3(c)(1) and Fed. R. App. 4(a) Plaintiffs[1] hereby notice their appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Order dated April 28, 2025 denying their Motion for Preliminary Injunction (EEF #3) and Motion Summary Judgment and Permanent Injunctive Relief (ECF #18) and granting Summary Judgment, *sua sponte*, in favor of Defendants (ECF # 23) and all other orders, decisions, and judgments subsumed therein. Appellants will be represented before the Sixth Circuit by Benesch Friedlander Coplan and Aronoff.

---

[1] Cherry Estates LP; Cherry Estates Investment, LLC; Flushing Elmcrest Limited Dividend Housing Association Limited Partnership; Elmcrest Investment, LLC; Covenant Apartments LP; Covenant Apartments Investment, LLC; Covenant Project, LLC; Bethel Tower Limited Dividend Housing Association Limited Partnership; Bethel Tower Investment, LLC; Trail West, Ltd.; Trail West Investment, LLC; Trail West Housing Partners, Inc.; Robinson Heights Apartments I, LP; Robinson Heights Apartments Investment I, LLC; Hickory Creek Estates, Ltd.; Hickory Creek Estates Investment, LLC; Sherman Thompson OH, TC, L.P.; Sherman Thompson Towers Investment, LLC; Highland Place Associates I, Ltd.; Highland Place Investment I, LLC; Petosky Riverview Limited Dividend Housing Association Limited Partnership; Petoskey Riverview Investment, LLC; Oakdale Estates, Ltd.; Oakdale Estates II Investment, LLC; Oakdale Estates Investment GP, LLC; Oakdale Estates Investment LLC; Morning Star Tower, Ltd.; Morning Star Tower Investment, LLC; International Towers I Ohio, Ltd.; International Tower Investment I, LLC; YMHA Housing Preservation, LLC; Kingsbury Tower I, Ltd; Kingsbury Tower Investment I, LLC; Hunter's Run Investment, LLC; Halton HR Investors, LLC; HWFB HR Investment, LLC; Halton Springs Investments, LLC; Millennia Housing Management, Ltd. ("Millennia Housing Management"); and Frank Sinito (collectively, "Plaintiffs").

Appellees are the United States Department of Housing and Urban Development, Scott Turner, in his official capacity as Secretary of the Department of Housing and Urban Development, Julia Gordon, in her official capacity as Assistant Secretary for Housing - Federal Housing Commissioner, United States Department of Housing and Urban Development, Brian Miller, in his official capacity as Acting General Counsel, United States Department of Housing and Urban Development, and Alexander Fernandez-Pons, in his official capacity as Administrative Law Judge, United States Department of Housing and Urban Development.

Respectfully submitted,

*s/ Matthew D. Ridings*
MARISA T. DARDEN (0074258)
MATTHEW RIDINGS (0079402)
JOHANES C. MALIZA (0086875)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: mdarden@beneschlaw.com
mridings@beneschlaw.com
jmaliza@beneschlaw.com

*Attorneys for Plaintiffs*