UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MILLENNIA HOUSING MANAGEMENT, LTD., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>Defendant. | CASE NO. 1:24-CV-02084<br><br>JUDGE DAN A. POLSTER<br><br>**NOTICE REGARDING EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL** |

**NOTICE OF NON REPLY**

Plaintiffs hereby give notice that no reply brief will be filed in response to the Government's Opposition to Plaintiff's Emergency Motion for Injunction Pending Appeal. Plaintiffs rest on the arguments previously submitted to this Court.

WHEREFORE Plaintiffs respectfully ask that this Court grant an injunction pending appeal, preventing the Department of Housing and Urban Development's Office of Hearings and Appeals from conducting the June 2, 2025 civil money penalty hearing, until the resolution of Plaintiffs' appeal in the instant action.

May 21, 2025

Respectfully submitted,

s/ Johanes Maliza
JOHANES MALIZA (0086875)
MATTHEW RIDINGS (0079402)
MARISA T. DARDEN (0074258)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114

Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: mridings@beneschlaw.com
mdarden@beneschlaw.com
jmaliza@beneschlaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes Maliza