No. 25-3373

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> **FILED**
> May 30, 2025
> KELLY L. STEPHENS, Clerk

MILLENNIA HOUSING MANAGEMENT, LTD. )
et al., )
)
    Plaintiffs-Appellants, )
)
v. )        O R D E R
)
U.S. DEPARTMENT OF HOUSING AND )
URBAN DEVELOPMENT, et al. )
)
    Defendants-Appellees. )

Before:  SUHRHEINRICH, BATCHELDER, and LARSEN, Circuit Judges.

Plaintiffs appeal the district court's order denying them injunctive relief and granting summary judgment in favor of Defendants.  Plaintiffs now move for an injunction pending appeal in an effort to halt their consolidated hearing before the United States Department of Housing and Urban Development's Office of Hearings and Appeals, which is scheduled to begin on June 2, 2025, while this court decides the merits of their appeal.

We balance four factors in evaluating whether an injunction pending appeal is appropriate: (1) whether the movant has demonstrated a strong likelihood of success on the merits; (2) whether the movant will suffer irreparable harm absent an injunction; (3) whether an injunction would cause substantial harm to others; and (4) whether an injunction serves the public interest. *Overstreet v. Lexington-Fayette Urb. Cnty. Gov't*, 305 F.3d 566, 572–73 (6th Cir. 2002).  Based

No. 25-3373
-2-

on our review of the motion, Plaintiffs have not demonstrated that an injunction pending appeal is appropriate.

Accordingly, the emergency motion for an injunction pending appeal is **DENIED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk